FLORENCE PIPE FOUNDRY AND MACHINE COMPANY et al.,
respondents,

*v.*

BURLINGTON CITY LOAN AND TRUST COMPANY et al., appellants.

[Decided March 1st, 1920.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, and reported in *90 N. J. Eq. 410.*

Appeal of Sloss-Sheffield Steel and Iron Company.

*Messrs. Pilney, Hardin & Skinner,* for the complainants.

*Mr. Marshall H. Diverty* and *Mr. Ernest Watts,* for the defendants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, WILLIAMS, TAYLOR, GARDNER, ACKERSON—12.

*For reversal*—None.